**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>  Defendant.<br>                                                                    / | No. C 15-01535 WHA<br><br><br><br><br>**NOTICE RE PLAINTIFF'S<br>FILING ERROR** |

   In this social security appeal, plaintiff filed a motion for summary judgment, however, plaintiff's motion used the wrong caption. A notice on the Electronic Court Filing system informed plaintiff of this error and asked plaintiff to re-file his motion in its entirety. Plaintiff has not re-filed his motion. By **DECEMBER 16**, plaintiff will please re-file his motion with the proper caption. Any opposition shall be due **JANUARY 13, 2016**.

Dated: December 15, 2015.

                                                                      WILLIAM ALSUP
                                                                      UNITED STATES DISTRICT JUDGE