1  MELINDA HAAG
   United States Attorney
2  DEBORAH L. STACHEL
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  JEFFREY CHEN, CSBN 260516
   Special Assistant United States Attorney
5          Social Security Administration
6          160 Spear Street, Suite 800
           San Francisco, CA  94105
7          Telephone: (415) 977-8939
           Facsimile: (415) 744-0134
8          Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SCOTT A. TAYLOR, | ) No. 3:15-cv-01535-WHA |
|---|---|
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER** |
| v. | ) **FOR A FIRST EXTENSION OF TIME** |
|  | ) **FOR DEFENDANT TO FILE HER** |
| CAROLYN W. COLVIN, | ) **MOTION FOR SUMMARY JUDGMENT** |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully request this additional time because of a heavy accumulated workload as a result of a two week absence from the office over the holidays.

Order re
Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's motion for summary judgment will be Thursday, February 11, 2016.

Respectfully submitted,

Date: *February 1, 2016*  ANNA LAPORTE, ATTORNEY AT LAW

By:  */s/ Anne LaPorte**
ANNE LAPORTE
* *By email authorization on February 1, 2016*
Attorney for Plaintiff

Date: *February 1, 2016*  MELINDA HAAG
United States Attorney

By:  */s/ Jeffrey Chen*
JEFFREY CHEN
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED: February 2, 2016.

HONORABLE WILLIAM ALSUP
UNITED STATES MAGISTRATE JUDGE

Order re
Stip. to Extend Def.'s MSJ

2