**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　/ | No. C 15-01535 WHA<br><br>**ORDER EXTENDING<br>DEADLINE FOR<br>DEFENDANT TO RESPOND<br>TO PLAINTIFF'S MOTION<br>FOR SUMMARY JUDGMENT** |

　　　　Plaintiff filed his motion for summary judgment in this social security action on December 15. The Commissioner's cross-motion for summary judgment was due on January 12. On February 1, the Commissioner filed a stipulation requesting a thirty-day extension, citing counsel's two-week absence from the office "over the holidays." The Commissioner offered no explanation for seeking the extension three weeks after the deadline. Nevertheless, the Court extended the deadline to February 11.

　　　　On February 16, the Commissioner filed another stipulation requesting another thirty-day extension, citing counsel's "heavy workload including a pending brief in the Ninth Circuit that is expected to take at least forty hours to prepare, review, and complete." The Commissioner again offered no explanation for seeking the extension after the deadline had already elapsed.

There is no good cause for yet another thirty-day extension requested after the deadline. It is time to move this case along. The Commissioner shall file a cross-motion for summary judgment or otherwise respond to plaintiff's motion by **FEBRUARY 26 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2