IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SCOTT TAYLOR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.
_____/

No. C 15-01535 WHA

**ORDER TO SHOW CAUSE**

Following judgment in his favor, plaintiff moves for an award of $3995.88 in attorney's fees pursuant to Section 2412(d)(1)(A) of Title 28 of the United States Code. The deadline to oppose the motion has long passed, and the Commissioner failed to respond. By **OCTOBER 13 AT NOON**, the Commissioner shall **SHOW CAUSE**, in writing, why plaintiff's motion should not be granted.

**IT IS SO ORDERED.**

Dated: October 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE