IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant.<br>                                      / | No. C 15-01535 WHA<br><br>**ORDER GRANTING AWARD OF ATTORNEY'S FEES** |

    Following judgment in his favor, plaintiff moves for an award of $3995.88 in attorney's fees pursuant to 28 U.S.C. 2412(d)(1)(A) (Dkt. No. 26). The Commissioner filed a statement of non-opposition to plaintiff's motion (Dkt. No. 28). Plaintiff's motion for $3995.88 in attorney's fees is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: November 7, 2016.

                                                    WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE